# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL LEE BLAKES,<br><br>            Petitioner,<br><br>   v.<br><br>J. R. SOLIS, Warden,<br><br>            Respondent. | 1:04-CV-6159 SMS HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT STATE COURT DOCUMENTS |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The parties having voluntarily consented to exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1), by order dated February 9, 2005, this case was assigned to the undersigned for all purposes, including entry of final judgment.

    On August 2, 2004, Petitioner filed a petition for writ of habeas corpus. September 13, 2004, the Court ordered Respondent to respond to the amended petition for writ of habeas corpus. In addition, Respondent was ordered by this Court to provide any and all transcripts or other documents necessary to render a decision in this matter in accordance with Rule 5 of the Rules Governing Section 2254 cases. See Order, pg. 2.

    On December 14, 2004, Respondent filed an answer to the petition for writ of habeas corpus.

1   However, Respondent did not lodge the Clerk's Transcript or the Reporter's Transcript of the trial.
2   The trial transcripts are necessary to render a decision in this matter and thus the Respondent is
3   required to provide those transcripts.
4         Accordingly, Respondent is DIRECTED to submit a copy of the trial transcripts in this matter
5   within thirty (30) days of the date of service of this order.
6   IT IS SO ORDERED.
7   **Dated:   August 31, 2006**              /s/ Sandra M. Snyder
    icido3                                    UNITED STATES MAGISTRATE JUDGE